IT IS SO ORDERED.
/s/ *David A. Ruiz*
U.S. District Judge
June 15, 2023

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

THOMAS REMODELING, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

SHERWIN-WILLIAMS COMPANY,

    *Defendant*.
_____/

CLASS ACTION

Case No. 1:23-cv-00253

**ORDER OF DISMISSAL**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Thomas Remodeling, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Thomas Remodeling, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 31, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*